# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ANDREW LEE WISEMAN, JR.**  
**ADC #119319**                                                           **PETITIONER**

v.                     No. 4:20-cv-1500-DPM-JJV

**DEXTER PAYNE, Director,**  
**Arkansas Department of Correction**                   **RESPONDENT**

## ORDER

The Court has received signed forms from the parties consenting to Magistrate Judge Volpe's handling this case. FED. R. CIV. P. 73. The Court therefore declines the pending recommendation, *Doc. 11*, as moot. After the Court signs and files the consent paperwork, Magistrate Judge Volpe will rule on Wiseman's petition without the need for a recommendation.

So Ordered.

_____  
D.P. Marshall Jr.  
United States District Judge

9 March 2021