IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANDREW LEE WISEMAN, JR.                                                                      PETITIONER
ADC #119319

v.                                            4:20-cv-01500-JJV

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                              RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

Dated this 9th day of March 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1